IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Janet E. Decker,                             :
Petitioner                                   :
                                             :
            v.                               :            No. 293 C.D. 2019
                                             :
Unemployment Compensation                    :
Board of Review,                             :
Respondent                                   :

# **O R D E R**

NOW, December 23, 2019, upon consideration of Petitioner's application for reconsideration, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge